# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13504

_____

MARIO ECHEVARRIA,

*Plaintiff-Appellant,*

ESTER SANCHEZ, et al.,

*Plaintiffs,*

*versus*

TRIVAGO GMBH, et al.,

*Defendants,*

HOTELS.COM, L.P.,
HOTELS.COM GP, LLC,
ORBITZ, LLC,
EXPEDIA GROUP, INC.,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-22620-FAM

_____

2                          Order of the Court                          25-13504

_____

No. 25-13506

_____

MARIO ECHEVARRIA,
  as individuals and on behalf of
  all others similarly situated,

                                                              *Plaintiff-Appellant,*

ESTER SANCHEZ, et al.,

                                                              *Plaintiffs,*

*versus*

TRIVAGO GMBH, et al.,

                                                              *Defendants,*

HOTELS.COM L.P.,

HOTELS.COM GP,

ORBITZ, LLC,

EXPEDIA GROUP, INC.,

                                                              *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-22621-FAM

_____

25-13504                     Order of the Court                     3

ORDER:

"Appellant's Unopposed Motion for Leave to File Amended Initial Brief" is GRANTED.


/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE